UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 19 2009

Clerk of Court

CAUSE #________________

IN THE UNITED STATES DISTRIC COURT

SOUTHERN DIVISION

WILLIAM SCOTT — PETITIONER

VS.

BILL PIERCE — DEFENDANT

DIRECTOR OF CHAPLIANCY

APPLICATION FOR LAEVE TO FILE

PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

WILLIAM SCOTT, PETITIONER HEREIN, RESPECTFULLY MOVES THIS HONORABLE COURT FOR LEAVE TO FILE THE ATTACHED PETITION FOR WRIT OF MANDAMUS

William Scott

WILLIAM SCOTT, PRO SE

TO THE HONORABLE JUDGES OF SAID COURT:

I. WILLIAM E. SCOTT, PETITIONER HEREIN, COMPAINING OF BILL PIERCE,THE DIRECTOR OF CHAPLAINCY, DEFENDANT HEREIN, RESPECTFULLY REPRESENTS:

I. DEFENDANT IS AND WAS ON APRIL 13, 2009 , THE DULY QUALIFIED HEAD OF THE CHAPLAINCY DEPARTMENT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE. A JUDGMENT HAS BEEN RENDERED BY THE UNITED STATES DISTRICT COURT, SOUTHERN DIVISION, ON OCTOBER 23, 1996, IN DALE HYDE, PLAINIFF V. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, DEFENDANT, CIVIL ACTION NO. H-94-2987, IN WHICH INMATE BROUGHT ACTION AGAINST TEXAS DEPARTMENT OF CRIMINAL JUSTICE COMPLAINING THAT HIS RELIGIOUS GROUP WAS NOT ALLOWED TO MEET UNDER SAME CIRCUMSTANCES AS OTHER RELIGIOUS GROUPS. THE DISTRICT COURT ENTERED JUDGMENT.

"IN THE CASES OF APPROVED RELIGIOUS VOLUTEERS AND GROUP SIZE, A REASONABLE ACCOMMODATION MUST BE MADE AND THE SAME ACCOMMODATION MUST BE MADE FOR ALL RELIGIONS THAT ARE IN THE SAME POSITION. THE CHAPLAIN MUST ENSURE THAT "SPLINTER GROUPS" AMONG INMATES EXECISING THEIR RELIGIOUS BELIEF ARE NOT COMPROMISED SIMPLY BECAUSE THEY ARE SMALL. HE MUST ENSURE THAT HIS DECISIONS ARE BASED ON SECULAR PRISON MANAGEMENT AS AN ADMINISTRATIVE OFFICE OF THE STATE AND NOT ON HIS OWN RELIGIOUS TRADITION. THE CHAPLAINS WILL FOLLOW THEIR OATHS BY EXERCISING GOVERNMENTAL JUDGMENT WITH CLEAR THOUGHTFULNESS." HYDE V. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, 948 F.SUPP.625 (S.D.TEX. 1996)

I

THE SUIT WAS INITIATED BY DALE HYDE ON BEHALF OF THE PRISON POPULATION OF JEHOVAH'S WITNESSES OF WHICH THIS PETITIONER SIMILARLLY SITUATED. ON OCTOBER 18 & 25, 2008, NOVEMBER 1,8 &15, 2008, AND JANURARY 31, 2009 MEETINGS WERE DENIED. PETITIONER PERSONALLYTALKED WITH LARRY HART, UNIT CHAPLAIN, HUNTSVILLE UNIT, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. PETITIONER FILED GRIEVANCESTATING THAT AFTER TALKING WITH CHAPLAIN HART TRYING TO INFORMALLY RESOLVE THIS PROBLEM AND POINTING OUT THE PREVIOUSLY MENTIONED CIVIL ACTION WAS STILL DENIED RELIGIOUS SERVICES. PETITIONER STATED IN SECOND STEP THAT THE UNIT REFUSED TO ABIDE BY THE COURTS RULING WHICH THE DEFENDANT FINAL DECISION WAS TO DENY THE JEHOVAH'S WITNESSES TO MEET UNLESS THEY HAD A VOLUNTEER PRESENT. OUR MEETINGS ARE STILL RENDOM AND DEPENDANT ON A VOLUNTEER TO THIS DATE.

II

PETITIONER HAS NO ADEQATE REMEDY AT LAW OTHER THAN A WRIT OF MANDAMUS AS PRAYED FOR AND HAS NO FURTHER RIGHTS TO APPEAL FROM THE REFUSAL OF DEFENDANT TO FOLLOW CLEARLY ESTABLISHED JUDICIAL DECISIONS. PETITIONER WILL CONTINUE TO BE DEPRIVED OF HIS RIGHTS UNDER THE CONSTITUTIONS OF THE UNITED STATES AND OF TEXAS AND THE AGREEMENTS TO THE JUDGMENTS BY THE STATE IN HYDE AS COMPELLED BY LAW. V.T.C.A. 22.221

III

SAID GRIEVANCES ARE MARKED EXHIBITS A THROUGHT B RESPECTTIVELY, AND ARE ATTACHED HERETO AND ADOPTED HEREIN.

IV

WHERFORE,PETITIONER PRAYS THAT THIS COURT ISSUE WRIT OF MANDAMUS TO THE DEFENDANT, ORDERING HIM TO PERMIT JEHOVAH'S WITNESSES A REGULARLY SCHEDULED MEETING WITH OR WITHOUT A VOLUNTEER AS THE MUSLIMS AND OTHER SIMILARLLY SITUATED GROUPS THROUGHOUT THE SYSTEM.

William Scott

WILLIAM SCOTT, PRO SE

INMATE'S DECLARATION

I, WILLIAM SCOTT, BEING PRESENTLY INCARCERATED AT THE HUNTSVILLE UNIT, HUNTSVILLE, TEXAS77348, WALKER COUNTY, DECLARE UNDER PENALTY OF PERJURY THAT ACCORDING TO MY BELIEF, THE FOREGOING INFORMATION AND ALLEGATIONS OF THE APPLICATION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS IS TRUE AND CORRECT.

SIGNED ON August 17 ,2009.

William Scott

WILLIAM SCOTT, PRO SE

CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOREGOING WAS MAILED TO THE UNITED STATES DISTRIC COURT'S CLERK'S OFFICE, TO GREG ABBOTT,ATTORNEY GENERAL, PRICE DANIAL SR. BLDG, 208 W 14TH ST., P.O. BOX 12548,AUSTIN, TEXAS 78711-2548, AND TO BILL PIERCE, DIRECTOR OF CHAPLIANCY, 1060 ST. HWY. 190 E.,HUNTSVILLE, TEXAS 77340, ON August 17 ,2009.

William Scott

WILLIAM SCOTT,PRO SE

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2009107721

Date Received: 3/2/09

Date Due: 4/11/09

Grievance Code: 100

Investigator ID #: I1095

Extension Date: —

Date Retd to Offender: 3/20/09

**Offender Name:** William Scott **TDCJ #** 576705

**Unit:** HV **Housing Assignment:** A-4-19T

**Unit where incident occurred:** HV

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Chaplain Hart & Chaplain Ulner via Chaplain Hart When? 2-26-09

What was their response? No.

What action was taken? This Grievance

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

On 2-26-09 after trying to informally resolve the issue of the Jehovah's Witnesses being able to meet without a volunteer when one is not avaliable as per the court order issued in Hyde Vs Texas Department of Criminal Justice, Civil Action Number H-94-2987, United States District Court on October 23, 1996 MAR 02 2009

I have been talking with Chaplain Hart who was talking to the Regional Chaplain Ulner through emails. Chaplain Ulner told Chaplain Hart that he could not allow the Jehovah's Witnesses to meet without a volunteer present. This is in violation of the Court's Ruling

MAR 02 2009

MAR 0 2 2009

**Action Requested to resolve your Complaint.** That the Jehovah's Witnesses be allowed to meet without a volunteer when one is not availiable to be present as the courts have ruled MAR 0 2 2009

**Offender Signature:** William Scott 576705 **Date:** 3-1-09

**Grievance Response:**

Your concern is noted. This grievance was referred to the Chaplain, who informed this office that there must be a volunteer present for Jehovah Witness offenders to meet. This office defers to the decision of the chaplaincy department. No further action warranted.

**Signature Authority:** C O'Reilly Warden C. O'Reilly **Date:** 3-19-09

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution.*
- ☐ 6. No requested relief is stated.*
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. *Vacant – discontinued 9-1-00*
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Signature:** ______________________

**I-127 Back** (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission** **UGI Initials:**______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

**2nd Submission** **UGI Initials:**______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

**3rd Submission** **UGI Initials:**______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender

RT04/2009

Texas Department of Criminal Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

D

**Grievance #:** 2009107721

MAR 2009

**UGI Recd Date:** ______

**HQ Recd Date:** APR 01 2009

**Date Due:** 5-4-09

**Grievance Code:** 100

**Investigator ID #:** 06600

**Extension Date:** ______

**Offender Name:** William Scott **TDCJ #** 576705

**Unit:** HV **Housing Assignment:** A 4-19T

**Unit where incident occurred:** HV

***You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.***

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

The response showed that no real investigation was done on my Grievance. A Chaplain in TDCJ can not over ride an order from the courts. I included the court case in my step 1 where a judge order TDCJ to allow the Jehovah's Witnesses to meet without a volunteer when one is not available. We only want to have our meetings as the courts have ordered.

**Offender Signature:** Willie Scott 3-29-09 576705 **Date:** 3-29-09

**Grievance Response:**

Your grievance has been received and reviewed. The Unit Chaplaincy Department does not sponsor the group you referred to. Per TDCJ policy, religious activities are scheduled according to: Staff supervision requirements; Unit/Facility and individual security concerns as set forth in other Agency policy, or as identified by Wardens; and the availability of TDCJ approved religious volunteers to assist in religious activities. A volunteer, of any faith group, could facilitate your meeting once the appropriate protocol is fulfilled. No further action will be taken

**Signature Authority:** [signature] **Bill Pierce** Dir. of Chaplaincy Dept. **Date:** 4/13/09

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 6. Inappropriate. *

**CGO Staff Signature:** ____________________

**I-128 Back (Revised 9-1-2001)**

## OFFICE USE ONLY

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender:

William Scott 576705
815 12th St. Huntsville Unit
Huntsville, Texas 77348

N Houston P&DC 773
TUE 18 AUG 2009 PM

United States District Court
Southern Division
Court Clerk's Office
515 Rusk Ave.
Houston, Texas
77002-2600

United States District Court
Southern District of Texas
RECEIVED
AUG 19 2009
Clerk of Court